# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JODI L. GUSTKE,
        Plaintiff,

    v.                          Case No. 23-CV-1655

**MARTIN J. O'MALLEY.**
**Acting Commissioner of the Social Security Administration**
        Defendant.

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter shall be remanded back to the Commissioner for further proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

| 7/1/2024 | Gina Colletti |
|---|---|
| Date | Clerk |

                          /s/ Alexis H.
                          (By) Deputy Clerk